**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Southern District of Texas (Houston Division) | 4:12-cv-03533 |

Short Case Title: Lizzie Young v. City of Houston  
Court Reporter: J. Davenport, ERO  
Date Notice of Appeal Filed by Clerk of District Court: Jan 2, 2014  
Court of Appeals #: 14-20015 (If Available)

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- [ ] No hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on file in Clerk's office
- [x] This is to order a transcript of the following proceedings: (check appropriate box)
   - Voir dire [ ]; Opening statement of plaintiff [ ]; defendant [ ];
   - Closing argument of plaintiff [ ]; defendant [ ]; Opinion of court [x];
   - Jury instructions [ ]; Sentencing [ ]; Bail hearing [ ];

United States District Court
Southern District of Texas
FILED
MAR 17 2014
David J. Bradley, Clerk of Court

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| April 24, 2013 | Status conference | Mary Milloy |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- [ ] Private funds;
- [ ] Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- [ ] Other IFP Funds;
- [ ] Advance Payment waived by reporter;
- [ ] U.S. Government Funds;
- [x] Other — Motion will be filed requesting free transcript at government expense.

Signature: Lizzie Young, Pro Se  
Print Name: Lizzie Young  
Address: P.O. Box 711454 Houston Texas 77271-1454  
Date Transcript Ordered: 3/17/14  
Counsel for: Pro Se  
Phone Number: +1 (713) 721-5320

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- [ ] Satisfactory Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made. Reason: [ ] Deposit not received  [ ] Unable to contact ordering party  [ ] Other (Specify) _____

Date _____  Signature of Court Reporter _____  Telephone _____  
Address of Court Reporter: _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

**PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.  
Actual Number of Pages _____   Actual Number of Volumes _____

Date _____   Signature of Court Reporter _____

### INSTRUCTIONS TO COURT REPORTER

This is an electronic version of the original 8-page, multipart cabon-less form. The court reporter is responsible for ensuring that the correct number of copies are made to meet the distribution requirements.

To assure the Court of Appeals that the ordering party has fulfilled his or her obligations under FRAP 10(b), for ordering and making adequate financial arrangements with the court reporter, you are requested to complete Part II of Copy 3 and forward to the Court of Appeals within seven (7) days after receipt.

It is the appellant's responsibility to contact you and make financial arrangements before filling out the form. However, if financial arrangements have not been made within ten (10) days after receipt of transcript order, complete Part II of Copy 3 and forward to the Court of Appeals. If financial negotiations with the ordering party are still in progress when the 10 days expire, and the chances for completion within a short period of time appears to be good, contact a Deputy Clerk for additional time to complete this form.

(504) 310-7700

If financial arrangements are made after you send the acknowledgement form to the Court of Appeals, immediately notify the Court in writing of the fact, furnishing the estimated delivery date.

THE JUDICIAL COUNCIL'S 60-DAY DISCOUNT DATE BEGINS TO RUN FROM THE DATE SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE.

WRITTEN REQUEST FOR EXTENSION OF TIME WITH EXPLANATION OF CIRCUMSTANCES AND A REQUEST FOR WAIVER OF DISCOUNT MUST BE ADDRESSED TO THE CLERK OF THE CIRCUIT COURT FOR ANY TRANSCRIPTS WHICH CANNOT BE COMPLETED WITHIN 60 DAYS.

---

TO INSURE ALL EIGHT COPIES ARE LEGIBLE, THIS FORM SHOULD BE TYPED. IF IT IS IMPOSSIBLE TO TYPE, IT IS IMPERATIVE TO PRESS FIRMLY AND CHECK ALL EIGHT COPIES AFTER COMPLETION.

### INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

YOU HAVE TEN (10) DAYS AFTER FILING YOUR NOTICE OF APPEAL TO COMPLETE THIS FORM BY DOING THE FOLLOWING:

1. Complete Part 1. (Whether or not transcript is ordered)

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment. (A separate transcript order form must be completed for each court reporter)

3. Send Copies 1,2,3, and 4 to each court reporter.

4. Send copy 5 to:

   U.S. Court of Appeals for the Fifth Circuit
   600 South Maestri Place
   New Orleans, LA 70130

5. Send Copy 6 to District Court.

6. Send Copy 7 to appellee(s). (Make additional photocopies if necessary)

7. Retain Copy 8 for your files.

SHOULD SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING NECESSARY FINANCIAL ARRANGEMENTS, NOT BE MADE WITHIN TEN (10) DAYS AFTER FILING YOUR NOTICE OF APPEAL, YOUR APPEAL CAN BE DISMISSED.

If you have further questions, contact the Clerk's Office, U.S. Court of Appeals for the Fifth Circuit:

(504) 310-7700

---

**DISTRIBUTION:**

| | |
|---|---|
| Copy 1 | Court Reporter's Copy |
| Copy 2 | Court Reporter's Copy for Completion of Part III and Transmittal to the U.S. Court of Appeals (5th Circuit), 600 South Maestri Place, New Orleans, LA 70130 |
| Copy 3 | Court Reporter's Copy for Completion of Part II and Transmittal to the U.S. Court of Appeals (5th Circuit), 600 South Maestri Place, New Orleans, LA 70130 |
| Copy 4 | Court Reporter's Copy to be returned to appellant upon completion of Part II |
| Copy 5 | Appellant's Copy to be transmitted to the U.S. Court of Appeals (5th Circuit), South Maestri Place, New Orleans, LA 70130, upon completion of Part I |
| Copy 6 | Appellant's Copy to be sent to the District Court upon completion of Part I |
| Copy 7 | Appellant's Copy to be sent to appellee(s) upon completion of Part I (Make additional photocopies if necessary) |